UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN HOLLAND | CIVIL ACTION |
| VERSUS | NO. 25-1764 |
| WARDEN TRAVIS DAY | SECTION "E"(2) |

**O R D E R**

John Holland has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 7), accompanied by a Motion to Stay and Hold in Abeyance (ECF No. 8), which have been referred to the undersigned (ECF No. 9). In order for the Court to determine the action, if any, that shall be taken on this application and the motion to stay,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of the application (ECF No. 7), Motion to Stay and Hold in Abeyance (ECF No. 8), and this Order on the Attorney General for the State of Louisiana, and the District Attorney and the Clerk of Court for St. Tammany Parish, Louisiana.

**IT IS FURTHER ORDERED** that, within thirty (30) days of the entry of this Order, the Attorney General or the St. Tammany Parish District Attorney shall file any opposition to the Motion to Stay and Hold in Abeyance (ECF No. 8) or, if the Motion to Stay and Hold in Abeyance is **not** opposed, the Attorney General or the St. Tammany Parish District Attorney shall by that same date file a Notice into the record indicating that the stay is not opposed.

Furthermore, if the Motion to Stay and Hold in Abeyance is opposed, **IT IS FURTHER ORDERED** that, separate from the opposition to the Motion to Stay and Hold in Abeyance, the Attorney General or District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within thirty (30) days of entry of this order. The answer shall state whether petitioner has exhausted state remedies, including any post-

conviction remedies available to petitioner under Louisiana law and petitioner's right of appeal or review both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings. The answer shall further set forth the dates of filing and disposition of each appeal and post-conviction application and whether the one-year period of limitation for filing this petition has expired.

**IT IS FURTHER ORDERED** that, within thirty (30) days of entry of this order, the St. Tammany Parish District Attorney (or Attorney General, if answering) shall file with the Court an <u>electronic</u> certified copy of the state court record to be uploaded into CM/ECF in a separate entry from the answer or memorandum.[1] The electronic certified copy of the state court record <u>must</u> include (1) the <u>ENTIRE</u> record of the <u>STATE DISTRICT COURT</u>, including all rulings and all available transcripts, (2) the <u>ENTIRE</u> records of the <u>COURT OF APPEAL</u> on <u>both direct and collateral review</u>, including all rulings, and (3) the <u>ENTIRE</u> records of the <u>SUPREME COURT OF LOUISIANA</u> on <u>both direct and collateral review</u>, including all rulings. In the event the state court record cannot be produced in its entirety as ordered, counsel shall advise the Court in writing of the reason for noncompliance.

**IT IS FURTHER ORDERED** that petitioner, John Holland, may file a reply memorandum within thirty (30) days after the filing of the answer or response by the Attorney General or District Attorney.

New Orleans, Louisiana this __30th__ day of January, 2026.

*[signature]*
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of Court will NOT accept a <u>paper</u> copy of the state court record in this matter. The District Attorney <u>must</u> file the state court record <u>electronically</u> in .pdf format in file sizes not to exceed 200MB per upload through the Court's Electronic Court Filing (ECF) system.

2